# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | Cause No.: 24-cr-30024 |
| ) | |
| FRANK YEATES, ) | |
|     Defendant. ) | |

### DEFENDANT YEATES'S MOTION TO CONTINUE

NOW COMES Defendant, Frank Yeates, by and through his Attorney, Jeff Page and in support of his Motion To Continue Pre-Trial and Trial Settings, states to this Honorable Court as follows:

1. A Pre-Trial in this matter is currently scheduled for Thursday, March 20, 2025 at 9:00 a.m. with a trial date of Tuesday, April 1, 2025 at 9:00 a.m.

2. Counsel for Defendant is in the process of reviewing discovery.

3. Assistant United States Attorney Sarah Seberger has no objection to the Motion to Continue.

4. The ends of justice served by granting the continuance outweigh the best interests of the Defendant and the public in a speedy trial.

WHEREFORE, Defendant, Frank Yeates, prays that this Honorable Court continue the Pre-Trial and Trial Settings in the above-captioned cause for approximately 90 days and for such other and further relief as this Court deems just and equitable.

Respectfully submitted,
Frank Yeates, Defendant

By:    **s/ Jeff Page**
      Jeff Page Bar Number: 6211836
      Attorney for Defendant
      2601 South 5th Street
      Springfield, IL 62703
      Telephone:    (217) 210-5200
      E-mail:    jeffpagelawoffice@yahoo.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 18, 2025, the foregoing document filed electronically, using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| Adam Ghrist | adam@frglawfirm.com |
| Robert Scherschligt | robert_scherschligt@fd.org |
| | melanie_williamd@fd.org |
| Sarah Seberger | sarah.seberger@usdoj.gov |

 

By: **s/ Jeff Page**
Jeff Page Bar Number: 6211836
Attorney for Defendant
2601 South 5th Street
Springfield, IL 62703
Telephone: (217) 210-5200
E-mail: jeffpagelawoffice@yahoo.com